In the Matter of the CITY OF NEW YORK for the Appointment of the Treasurer of the City as Receiver of All Rents and Profits from Real Property in the Borough of Brooklyn. AUDREY FENTON, Appellant; SPENCER C. YOUNG, Respondent.— Objectant, the former owner of the premises under receivership herein, appeals from an order which settled and approved the account of Spencer C. Young, treasurer of the City of New York, as receiver, and discharged him upon his account. It also overruled the objection of the appellant to the receiver's account. Pursuant to section 94 of the Tax Law, the treasurer of the City of New York was appointed receiver of the rents, issues and profits of the premises involved in order to effect the collection of tax arrears. During the pendency of the receivership, the city, pursuant to title D of chapter 17 of the Administrative Code of the City of New York, commenced an action in rem to foreclose unpaid tax liens affecting delinquent parcels in sections 8 and 9, Borough of Brooklyn, among which were the premises here involved. The owner having failed to answer and request a sale pursuant to section D17–12.0 of the Administrative Code, a judgment of foreclosure dispensing with the sale of the premises was entered. No deficiency was reported in the action. Title to said premises vested in the city on May 7, 1951. Prior to and during the foreclosure action, the receiver paid certain of the delinquent taxes. In September, 1951, and after title vested in the city, he paid additional delinquent taxes in the sum of $250, thus disposing of the entire receivership balance on deposit. It is to this payment that the foreclosed owner objected upon the receiver's account. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ., concur.

In the Matter of the CITY OF NEW YORK, on Behalf of the New York City Housing Authority, Respondent, Relative to Acquiring Title to Real Property Bounded by Lawrence Street and Other Streets in the Borough of Queens, Selected as a Site for a Low-Rent Housing Project, Known as FLUSHING HOUSES. JOSEPH A. MARCK, Appellant.— In a proceeding to acquire title to certain real property in the borough of Queens, selected as a site for a State-aided low-rent

housing project, Joseph A. Marck, one of the owners, appeals from the final decree insofar as it affects four damage parcels owned by him. Final decree, insofar as appealed from, unanimously affirmed, with costs. No opinion. Present—Carswell, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.